| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 1 2023 |
| | MOLLY C. DWYER, CLERK <br> U.S. COURT OF APPEALS |

| | |
|---|---|
| MICHELLE FLANAGAN; et al., | No. 18-55717 |
| Plaintiffs-Appellants, | D.C. No. 2:16-cv-06164-JAK-AS <br> Central District of California, Los Angeles |
| v. | |
| ROBERT BONTA, in his official capacity as Attorney General of the State of California; ROBERT LUNA, Sheriff of Los Angeles County, | ORDER |
| Defendants-Appellees. | |

Before: SCHROEDER, TALLMAN, and IKUTA, Circuit Judges.

The appeal is DISMISSED as moot. The judgment below is VACATED, and the case is REMANDED to the district court with instructions to dismiss the case. Each party shall bear its own costs. This order constitutes the mandate of this court.

IT IS SO ORDERED.